# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Armon Bridgemon et al,

Plaintiff(s),

v.

Unknown SWAT Team Members et al,

Defendant(s).

Case No. 22-cv-2914
Judge John Robert Blakey

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $        ,

which ☐ includes        pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

☒ other: Accordingly, the Court dismisses the fourth amended complaint [68] and, finding further amendment futile, dismisses this case. The Court denies Defendants' motion for sanctions [76]. The Court strikes all set dates and deadlines. Civil case terminated.

This action was *(check one)*:

☐ tried by a jury with Judge        presiding, and the jury has rendered a verdict.
☐ tried by Judge        without a jury and the above decision was reached.
☒ decided by Judge John Robert Blakey on a motion.

Date:  6/21/2024                                    Thomas G. Bruton, Clerk of Court

                                                    Kerwin Posley, Deputy Clerk